■ JAMES J. JOHNSON, Respondent, v ALBERTA V. JOHNSON, Appellant. — In a matrimonial action, defendant wife appeals from a judgment of the Supreme Court, Dutchess County (Buell, J.), dated January 3, 1983, which, *inter alia,* granted plaintiff husband a divorce on the ground of cruel and inhuman

treatment. ¶ Judgment reversed, on the law, with costs, and complaint dismissed. ¶ Plaintiff's allegations that defendant was frequently absent from the marital home during the last year of the marriage, and had assaulted him on two occasions, do not entitle him to a divorce on the ground of cruel and inhuman treatment where there was no evidence that the complained of course of conduct "so endanger[ed] the physical or mental well being of the plaintiff as render[ed] it unsafe or improper" for him to continue to cohabit with defendant (Domestic Relations Law, § 170, subd [1]; *Sirote v Sirote,* 54 AD2d 694; *De Felice v De Felice,* 92 AD2d 1044, 1045). Where the marriage is of long duration, the party seeking the divorce will be held to a high degree of proof (see *Hessen v Hessen,* 33 NY2d 406; *Phillips v Phillips,* 70 AD2d 30, 35-36). In this case, the parties were married 29 years, and there was no proof that defendant's actions affected plaintiff in any deleterious way. Accordingly, the complaint should be dismissed. ¶ Titone, J. P., Gibbons, Thompson and Boyers, JJ., concur.